WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Teofilo Andrade-Juarez,<br><br>　　　　Defendant. | CR 00-00930-001-PHX-SMM<br>CR 01-00751-001-PHX-SMM<br><br>**ORDER** |

An initial appearance on the Petition on Supervised Release was held on December 16, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

- 2 -

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 23rd day of December, 2005.

_____
Lawrence O. Anderson
United States Magistrate Judge